UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2011 JAN 13 PM 3:31

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Maria Avila Valenzuela,<br><br>　　　　　　　Defendant. | CASE NO. 10CR4663-JAHS<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

____　of the offense(s) of the Indictment/Information:

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/3/11

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John A. Houston
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE